**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES       *

v.       *      CRIM. NO. 21-900-3

JAAHAN  MITCHELL       *

\*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

☐ Other:

Date:  March 15, 2022

_____
Honorable Susan D. Wigenton
United States District Judge